IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY SHARPS,

       Appellant,

v.

Case No.     5D21-1603
LT Case No. 2016-CF-16026-A-O

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Baya Harrison, III, of Baya M. Harrison,
P.A., Monticello, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.